**1035 McINTYRE (Treas. Board of Regents) vs. AUDITOR GENERAL, 19 M., 13.**

To compel respondent to draw his warrant on the proper fund for the one-twentieth of a mill tax, under the Law of 1867, it being claimed by respondent that under the proper construction of the law of 1869, which made an appropriation for the University, the board were not entitled to the proceeds of the tax claimed.

Granted July 7, 1869.

**1036 REGENTS OF THE UNIVERSITY vs. AUDITOR GENERAL, 17 M., 160.**

To compel respondent to issue his warrant for the sum of $3,000, which had been appropriated by the board to establish a School of Homeopathy at some point other than Ann Arbor.

Denied July 13, 1868, on the ground that the regents had not complied with the conditions of the grant.